DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SARAH CHRISTINE THIELE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1562

_____

October 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Thomas Wolfgang Krug, Judge.

Sarah Christine Thiele, pro se.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and NORTHCUTT and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.